IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY A. PAZ,<br><br>  Petitioner,<br><br> v.<br><br>M. E. SPEARMAN,<br><br>  Respondent. | No. C 14-01989 EJD (PR)<br><br>ORDER OF DISMISSAL |

On April 30, 2014, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] On the same day, the Clerk of the Court notified Petitioner that he had failed to pay the filing fee or file a complete In Forma Pauperis Application and that he needed to do so within twenty-eight days or his case would be dismissed. (Docket No. 3.) The deadline has since passed, and Petitioner has failed to respond. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the filing fee.

DATED:  6/13/2014

EDWARD J. DAVILA
United States District Judge

---

[1] This matter was reassigned to this Court after Petitioner failed to consent to proceed before the assigned magistrate judgment. (See Docket No. 6.)

Order of Dismissal
P:\PRO-SE\EJD\HC.14\01989Paz_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FREDDY A. PAZ,

        Petitioner,

v.

M. E. SPEARMAN,

        Respondent.

Case Number: CV14-01989 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Freddy Alejandro Paz F-45349
Correctional Training Facility-North
P.O. Box 705
Soledad, CA 93960-0705

Dated: June 24, 2014

        Richard W. Wieking, Clerk
        /s/By: Elizabeth Garcia, Deputy Clerk