IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY A. PAZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> M. E. SPEARMAN, Warden, ) <br> ) <br> Respondent. ) <br> ) | No. C 14-01989 EJD (PR) <br><br> ORDER GRANTING MOTION FOR RECONSIDERATION; VACATING JUDGMENT AND REOPENING CASE |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. On June 24, 2014, the Court dismissed the instant action for failure to pay the filing fee. (See Docket No. 7.)

    Petitioner has filed a letter which the Court construes as a motion for reconsideration, asserting that he placed the proper document in the prison mail-box within the time provided by the Court and that it was the prison which failed to complete the process. According to the docket, the filing fee was filed received on June 27, 2014. In the interest of justice, Petitioner's motion for reconsideration is GRANTED.

    The Judgment entered on January 2, 2014, (Docket No. 8) is VACATED. The Court will conduct an initial review of the petition in a separate order.

    The Clerk shall reopen the file.

DATED:    8/25/2014

EDWARD J. DAVILA  
United States District Judge

Order Reopening Action  
P:\PRO-SE\EJD\HC.14\01989Paz_reopen.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FREDDY A. PAZ,

        Petitioner,

  v.

M. E. SPEARMAN, Warden,

        Respondent.
                           /

Case Number: CV14-01989 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/26/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Freddy Alejandro Paz F-45349
Correctional Training Facility-North
P.O. Box 705
Soledad, CA 93960-0705


Dated: 8/26/2014

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk